MOSES SAMUEL SONNEBORN, Appellant, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent.— Determination affirmed, with costs and

disbursements. No opinion. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.